UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ABERNATHY,<br><br>      Plaintiff,<br><br>v.<br><br>GLENDA MARTI et al.,<br><br>      Defendants. | Case No. 5:24-cv-01042-SB-SP<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

      Attorneys Brian Mizell and Mark Phillips have appeared on behalf of 11 of the defendants in this case. Neither attorney has been designated on the docket as lead counsel for any defendant. On June 17, 2024, the Court noted that pursuant to its standing order, "only one attorney for each party may be designated as lead counsel," but that "Defendants have multiple attorneys but have failed to designate lead counsel." Dkt. No. 12. The Court therefore ordered counsel "to update the docket to comply with the Court's requirement by no later than noon on June 19, 2024." *Id*. They failed to comply.

      On June 25, the Court issued a lengthier order describing multiple violations of its rules, striking the represented defendants' motion to dismiss, continuing the mandatory scheduling conference, and ordering the parties to meet and confer to attempt to resolve their disputes before Plaintiff filed a Second Amended Complaint. Dkt. No. 16. The order noted defense counsel's failure to comply with the earlier order regarding designation of lead counsel and ordered that "[a]ll Defendants with multiple counsel shall update the docket to identify lead counsel no later than June 27." *Id*. at 3. The Court declined to pursue sanctions but cautioned that "the Court expects all parties to pay much closer attention to its orders and rules going forward" and that "[a]ny further failure to comply is likely to result in the issuance of an order to show cause re sanctions." *Id*.

1

      The June 27 deadline has passed.  Despite the Court's repeated orders and the specter of sanctions, the represented defendants still have not updated the docket.  Accordingly, the represented defendants (Glenda Marti, Eduardo Marti, Jason Jang, GJR, LLC, Wendy Medina, Nicolas Jon Medina, New Property Management, LLC, Vineyard Park Maintenance Corporation, Leon Carlo Sayo, Lisa Sayo, and Empower Physical Therapy and Wellness Inc.) are ordered to show cause at a hearing on July 26, 2024 at 8:30 a.m. (the same time as the continued mandatory scheduling conference) why they and their counsel should not be sanctioned under Rule 16(f) of the Federal Rules of Civil Procedure for violating the Court's orders.  The represented defendants shall file a written response to this order to show cause no later than July 9, 2024.  In the written response, counsel shall state whether they have ever been sanctioned by any court or agency or the subject of an OSC for failing to follow any court rule or order.

Date: July 1, 2024

                                                    Stanley Blumenfeld, Jr.
                                                    United States District Judge