FILED

**Mario Abernathy**
2533 E. Smiderle Loop
Ontario, CA 91764
(408)442-8234
Plaintiff Pro se
Email: AbernathyOffice@gmail.com

2024 AUG ~8 PM 4: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

AP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Abernathy, | Case No.: **5:24-CV-01042-SB-SP** |
| Plaintiff, | |
| vs. | **PLAINTIFF MARIO ABERNATHY'S EX PARTE APPLICATION FOR ORDER ENTERING <u>A JUDGMENT</u> BY DEFAULT AS A SEPARATE JUDGMENT AS TO DEFENDANTS <u>WENDY Y. MEDINA, VINEYARD PARK MAINTENANCE CORPORATION, NICHOLAS JON MEDINA AND NEW PROPERTY MANAGEMENT LLC</u>; MEMORANDUM OF POINTS, DECLARATION OF ABERNATHY; AND DECLARATION AS TO CERTIFICATION OF NOTICE** |
| GLENDA MARTI; EDUARDO MARTI; JOANNE E. JOHNSON, as Trustee of Bancroft Joanne Living Trust; MIKI AMEN; JASON JANG; HSIAO LI WANG; GJR, LLC; OKJUNE A. JEON; WENDY Y. MEDINA Aka Wendy Yesenia Medina Aka Wendy Y. Roquez; NICHOLAS JON MEDINA; BILLY LEE BANCROFT; MICHAEL SCOTT BANCROFT; CRAIG KARIM RAMAZAN; JANICE CAMPOS; MIKI AMEN; JASON JANG; HSIAO LI WANG; GJR, LLC; OKJUNE A. JEON; NEW PROPERTY MANAGEMENT, LLC; VINEYARD PARK MAINTENANCE CORPORATION; VIN CASCIO;WARMINGTON GROUP; and DOES 5-100, | |
| | **Date: August 16, 2024** _____ [or as soon thereafter] **Time: 8:30AM Dept. 6C Judge: Hon. Stanley Blumenfeld Jr. Complaint filed: 10/13/2023** **Location: Los Angeles** |

Defendants.

TO ALL PARTIES AND TO THEIR ATTORNEY OF RECORDS:

NOTICE IS GIVEN THAT on the date of August 16, 2024 at 8:30AM or as

soon thereafter as the matter may be heard in Courtroom 6C, at

350 W. 1st Street, Los Angeles, California 90012, Plaintiff Mario Abernathy

will apply for an Order Entering Judgment by Default based on previous defaults

entered while the action was in San Bernardino Superior Court

as to the operative complaint, concerning

defendants WENDY Y. MEDINA, VINEYARD PARK MAINTENANCE CORPORATION,

NICHOLAS JON MEDINA AND NEW PROPERTY MANAGEMENT LLC.

The ex parte application is made on the grounds that the San Bernardino Superior Court

entered default on the above-named defendants prior to this action's removal to federal

court. Plaintiff has met and conferred with Defendant's Counsel, Brian Mizell "in-person",

but defendants and their counsel have not filed a Motion to set aside the said default

as to these named defendants.

///////

The motion will be based on the Declaration of Mario Abernathy, the Memorandum and Points and Authorities in Support, the case file from Superior Court, the Case file from U.S. District Court, for matters for which the court may take Judicial Notice, and on evidence in support, including oral argument.

The Proofs of Service of Summons were filed in the state Court, County of San Bernardino Superior Court prior to the removal to Federal Court.

- A Copy of the Proofs of Services are attached and marked as Exhibits for reference.

### DECLARATION OF MARIO ABERNATHY

I, Mario Abernathy, declare:

1. The matter of the Civil Action, Mario Abernathy vs. Wendy Marti, et. al was removed to United States District Court, Central District of California on May 15, 2024.   [See 28 USCS § 1447 [c] ]

2. On, May 24, 2024, I had copies served on Defendants as to the removal.

3. These defendants were all properly served with the Summons and operative complaint.

4. These defendants have not filed a responsive pleading at all.

5. **The San Bernardino Superior Court entered default on the above-named defendants prior to this action's removal to federal court. Plaintiff has met and conferred with Defendant's Counsel, Brian Mizell "in-person", but defendants and their counsel have not filed a Motion to set aside the said default as to these named defendants.**

6. As such, Plaintiff is entitled to an judgment by default against the above-named defendants and requests that the court enter judgment by default on these defendants.

1  I certify or declare, under penalty of perjury under the laws of USA and California that the

2  foregoing is true and correct.

3      **Executed on August 8, 2024 in Upland, California**

4  By _Mario Abernathy_

5      **Mario Abernathy, plaintiff**

6

7              **MEMORANDUM OF POINTS AND AUTHORITIES**

8  **STATEMENT OF FACTS**

9

10  1. The matter of the Civil Action, Mario Abernathy vs. Wendy Marti, et. al

11  was removed to United States District Court, Central District of California

12  on May 15, 2024.    [See 28 USCS § 1447 [c] ]

13  2. On, May 24, 2024, I had copies served on Defendants as to the removal.

14
15  3. These defendants were all properly served with the Summons and operative complaint.

16  4. These defendants have not filed a responsive pleading at all.

17  5.  **The San Bernardino Superior Court**

18  **entered default on the above-named defendants prior to this action's removal to federal**

19  **court. Plaintiff has met and conferred with Defendant's Counsel, Brian Mizell "in-person",**

20  **but defendants and their counsel have not filed a Motion to set aside the said default**

21  **as to these named defendants.**

22

23  6. Defendants counsel improperly filed a Motion to Dismiss for these defendants a few weeks

24  ago while defendants were in default status. However, the court struck the Motion to Dismiss.

25  7. As such, Plaintiff is entitled to a judgment by default against the above-named defendants

26  and requests that the court enter judgment by default on these defendants.

27

28

## I.  AMENDED PLEADINGS TO BE DETERMINED
## AFTER A VALID MOTION TO DISMISS IS ON FILE – <u>PREMATURE STATUS</u>

1. Per Rule 15, Plaintiff will wait to Amend, if needed after a party has a valid Motion to Dismiss on file.

2. Defendants Vineyard Park Maintenance Corporation, Wendy Y. Medina, Nicholas Medina and New Property Management LLC are in Default Status, which occurred while this action was still in the state court.

3. Some of the other Defendants improperly filed a Motion to Dismiss the Original Complaint in the U.S. District Court, while they knew that they were in default-status.

**However, the named defendants' relevant to this ex parte motion have never filed a responsive pleading to the operative complaint yet.**

4. Additionally, some of the other defendants had failed to comply with the local rule, for a Meet and Confer.

The U.S. District Court struck some of the other defendants' Motion dismiss sua sponte for the aforesaid reasons.

There is not any other Motion to Dismiss pending before this court.

5. Plaintiff elects to proceed with obtaining a **Judgment by default as to these defendants,** and would be prejudiced if the court compelled him to file a 2nd Amended Complaint at this point.

**Under FRCP, rule 15,** a Plaintiff has an election to file a notice of non-opposition, after a valid Motion to Dismiss is on calendar and pending, and to file an Amended Complaint in lieu of filing an Opposition. The stage for filing a further Amended pleading at this point is premature.

8. On Friday July 26, 2024, I met with Defendant Vin Cascio and Defense Counsel,

Brian Mizell at Coco's Restaurant in Garden Grove, California as a Meet and Confer.

9. Defendant Vin Cascio participated with the Meet and Confer in-person for about 30 minutes.

10. Defense Counsel Brian Mizell, and myself, Abernathy continued a lengthy meet and

confer in-person meeting at the same Coco's restaurant for over ONE HOUR.

## II. A FILING OF A MOTION TO DISMISS OR ANSWER AFTER DEFAULT WAS ENTERED IS VOID OR NULL.

**Christerson v. French, 180 Cal. 523**  ["A Supreme Court Case]

In Christerson v. French the court held that:

A defendant against whom a default is entered is out of court and is not entitled to take any further steps in the cause affecting plaintiff's right of action.
   **at  CA3**

Having entered a default, a clerk of court is bound under Cal. Civ. Proc. Code § 585(1) to enter judgment "immediately thereafter. "The filing of a demurrer or a motion to strike out after the default has been entered does not suspend the ministerial duty of the clerk to enter the judgment.

**Here,** this rule is applicable. Therefore, the entry of default judgment is a proper as a matter of law.

III. [ANOTHER CASE AUTHORITY]
re. A FILING OF A MOTION TO DISMISS, DEMURRER OR ANSWER AFTER DEFAULT WAS ENTERED IS VOID OR NULL.

*See Jones v. Moers, 91 Cal. App. 65*

*In Jones v. Moers, the Court held that:*

The court held that **upon the entry of default**, in the absence of fraud, the executor's right to participate in the litigation was terminated, and that **the subsequent filing of an answer was void**. It was the clerk's ministerial duty to enter a judgment upon the entry of a default.

**Here,** this rule is applicable. Therefore, the entry of default judgment is a proper as a matter of law.

## XV. CONCLUSION

Accordingly, Plaintiff Abernathy has shown good cause, for the court to enter judgment by default with a separate judgment as to these defendants

as to the above-named defendants based on the aforementioned reasons.

Dated: August 8, 2024

Respectfully submitted,

By *Mario Abernathy*

      Mario Abernathy, plaintiff

## DECLARATION OF MARIO ABERNATHY AS TO EX PARTE NOTICE

**I, Mario Abernathy, declare:**

2. As a courtesy, the relevant parties were mailed  and emailed with a copy of this ex parte application on 08/08/24 to the addresses shown on the Proof of Service of Summons, which are attached as exhibits to this ex parte application

3. Additionally, Plaintiff gave ex parte notice to Defendants' counsel, Brian Mizell by email on August 8, 2024.

I certify or declare, under penalty of perjury under the laws of USA and California that the foregoing is true and correct.

    **Executed on August 8, 2024 in Upland, California**

By *Mario Abernathy*

    **Mario Abernathy, plaintiff**

# INDEX OF EXHIBITS

### Exhibit. A:
DEFAULT ENTERED ON WENDY MEDINA

### Exhibit B:
DEFAULT ENTERED ON VINEYARD PARK

### Exhibit C:
DEFAULT ENTERED ON NICHOLAS MEDINA

### Exhibit D:
DEFAULT ENTERED ON NEW PROP. MGMT.

# Exhibit. A:
## DEFAULT ENTERED ON WENDY MEDINA

re. Wendy Y. Medina

*original*

| | | CIV-100 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** | **STATE BAR NO** | **FOR COURT USE ONLY** |

NAME  Mario Abernathy
FIRM NAME
STREET ADDRESS  2533 E. Smiderle Loop
CITY  Ontario                    STATE  CA    ZIP CODE  91764
TELEPHONE NO.  (408)442-8234    FAX NO :
E-MAIL ADDRESS  AbernathyOffice@gmail.com
ATTORNEY FOR (name)  Plaintiff pro se

**FOR COURT USE ONLY**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 2 9 2024

BY: Stephanie Paniagua, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS  247 W. Third Street
MAILING ADDRESS
CITY AND ZIP CODE  San Bernardino, CA 92415
BRANCH NAME  San Bernardino Civil Division - Unlimited Jurisdiction

Dept.: S-25

Plaintiff/Petitioner: MARIO ABERNATHY
Defendant/Respondent: GLENDA MARTI, et. al.

| **REQUEST FOR** (Application) | [ X ] Entry of Default [ ] Court Judgment | [ ] Clerk's Judgment | **CASE NUMBER** CIV SB 2325130 |
|---|---|---|---|

| **Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.). (see form CIV-105)** |
|---|

1. TO THE CLERK: On the complaint or cross-complaint filed    **On Verified First Amended Complaint filed 01/25/24**
   a. on (date):  01/25/2024
   b. by (name)  Mario Abernathy
   c. [ X ] Enter default of defendant (names):
      WENDY Y. MEDINA aka Wendy Yesenia Medina aka Wendy Y. Roquez
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

      (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. | Demand of complaint | $ | $ | $ |
| b. | Statement of damages* | | | |
| | (1) Special | $ | $ | $ |
| | (2) General | $ | $ | $ |
| c. | Interest | $ | $ | $ |
| d. | Costs (see reverse) | $ | $ | $ |
| e. | Attorney fees | $ | $ | $ |
| f. | **TOTALS** | $ | $ | $ |
| g. | Daily damages were demanded in complaint at the rate of: $ | | per day beginning (date): | |

(* Personal injury or wrongful death actions, Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case.) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).
Date 02/29/2024

Mario Abernathy, Plaintiff
(TYPE OR PRINT NAME)                              ▶ _____
                                        (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| **FOR COURT USE ONLY** | (1) [X] Default entered as requested on (date) | FEB 2 9 2024 |
|---|---|---|
| | (2) [ ] Default NOT entered as requested (state reason): | |
| | Clerk, by | Stephanie Paniagua , Deputy |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 1 of 2

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

CIV-100

| | |
|---|---|
| Plaintiff/Petitioner: MARIO ABERNATHY<br>Defendant/Respondent: GLENDA MARTI, et al | CASE NUMBER<br>CIV SB 2325130 |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.) A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** for compensation give advice or assistance with this form. If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

    a  Assistant's name:

    b  Street address, city, and zip code:

    c  Telephone no.:

    d  County of registration:

    e  Registration no.:

    f  Expires on (date):

5. ☒ **Declaration under Code Civ. Proc., § 585.5** (for entry of default under Code Civ. Proc., § 585(a)). This action

    a  ☐ is ☒ is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act)

    b  ☐ is ☒ is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act)

    c  ☐ is ☒ is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

    a  ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):

    b  ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

      (1)  Mailed on (date): 02/29/2024

      (2)  To (specify names and addresses shown on the envelopes):<br>      Brian Mizell, Resnick & Louis PC  Attorney for Defendant<br>      800 N. Haven Ave., Suite 430<br>      Ontario, CA 91764

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 02/29/2024

Kimberly Nguyen, 3rd Party Server
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

    a  Clerk's filing fees                $

    b  Process server's fees           $

    c  Other (specify):                $

    d                        $

    e  TOTAL                    $

    f  ☒ Costs and disbursements are waived.

    g  I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date: 02/29/2024

Mario Abernathy, Plaintiff
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

**Exhibit B**:
DEFAULT ENTERED ON VINEYARD PARK

re. Vineyard Park
Maintenance Corporation original

CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Mario Abernathy | | |

FIRM NAME

STREET ADDRESS: 2533 E. Smiderle Loop

CITY: Ontario    STATE: CA    ZIP CODE: 91764

TELEPHONE NO: (408) 442-8234    FAX NO:

E-MAIL ADDRESS: AbernathyOffice@gmail.com

ATTORNEY FOR (name): Plaintiff pro se

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

STREET ADDRESS: 247 W. Third Street        **Dept.: S-25**

MAILING ADDRESS:

CITY AND ZIP CODE: San Bernardino, CA 92415

BRANCH NAME: San Bernardino Civil Division - Unlimited Jurisdiction

Plaintiff/Petitioner: MARIO ABERNATHY

Defendant/Respondent: GLENDA MARTI, et al.

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 29 2024

Paola Iniguez
BY _____ PAOLA INIGUEZ Deputy

| REQUEST FOR (Application) | [x] Entry of Default [ ] Court Judgment | [ ] Clerk's Judgment | CASE NUMBER: CIV SB 2325130 |
|---|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.); (see form CIV-105)**

1  TO THE CLERK: On the complaint or cross-complaint filed    **On Verified First Amended Complaint filed 01/25/24**

  a. on (date): 01/25/2024

  b. by (name): Mario Abernathy

  c. [x] Enter default of defendant (names):

  VINEYARD PARK MAINTENANCE CORPORATION

  d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

  (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc. § 585(d).)

  e. [ ] Enter clerk's judgment

  (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)

  [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.

  (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc. § 585.5 on the reverse (item 5).)

  (3) [ ] for default previously entered on (date):

2  Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ | $ | $ |
| b. Statement of damages* | | | |
| (1) Special | $ | $ | $ |
| (2) General | $ | $ | $ |
| c. Interest | $ | $ | $ |
| d. Costs (see reverse) | $ | $ | $ |
| e. Attorney fees | $ | $ | $ |
| f. TOTALS | $ | $ | $ |
| g. Daily damages were demanded in complaint at the rate of  $ | | per day beginning (date) | |

(* Personal injury or wrongful death actions. Code Civ. Proc., § 425.11.)

3  [ ] (Check if filed in an unlawful detainer case.) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: 02/29/2024

Mario Abernathy, Plaintiff
(TYPE OR PRINT NAME)                        ▶  _____
                                               (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [x] Default entered as requested on (date)    FEB 29 2024 | |
|---|---|---|
| | (2) [ ] Default NOT entered as requested (state reason): | |
| | Clerk, by    Paola Iniguez    Deputy | |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 1 of 2

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

**CIV-100**

| Plaintiff/Petitioner: MARIO ABERNATHY | CASE NUMBER |
| Defendant/Respondent: GLENDA MARTI, et al. | CIV SB 2325130 |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☒ did not for compensation give advice or assistance with this form. If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

  a.  Assistant's name:
  b.  Street address, city, and zip code
  c.  Telephone no.:
  d.  County of registration
  e.  Registration no.:
  f.  Expires on (date):

5. ☒ **Declaration under Code Civ. Proc., § 585.5** (for entry of default under Code Civ. Proc., § 585(a)). This action

  a.  ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
  b.  ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
  c.  ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b)

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

  a.  ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):

  b.  ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

  (1)  Mailed on (date): 02/29/2024

  (2)  To (specify names and addresses shown on the envelopes):
       Brian Mizell, Resnick & Louis PC., Attorney for Defendant
       800 N. Haven Ave., Suite 430
       Ontario, CA 91764

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 02/29/2024

Kimberly Nguyen, 3rd Party Server
(TYPE OR PRINT NAME)                                              ►  _K___
                                                                 (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

  a.  Clerk's filing fees ................................ $
  b.  Process server's fees ......................... $
  c.  Other (specify): .................................. $
  d.  ...................................................... $
  e.  TOTAL ............................................... $
  f.  ☒ Costs and disbursements are waived.
  g.  I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date: 02/29/2024

Mario Abernathy, Plaintiff
(TYPE OR PRINT NAME)                                              ►  _____
                                                                 (SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 2 of 2

# Exhibit C:
DEFAULT ENTERED ON NICHOLAS
MEDINA

*re. Nicholas Jon Medina*

*original*

**CIV-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO | FOR COURT USE ONLY |
|---|---|---|

NAME **Mario Abernathy**
FIRM NAME
STREET ADDRESS **2533 E. Smiderle Loop**
CITY **Ontario**   STATE **CA**   ZIP CODE **91764**
TELEPHONE NO **(408)442-8234**   FAX NO
E-MAIL ADDRESS **AbernathyOffice@gmail.com**
ATTORNEY FOR (name) **Plaintiff pro se**

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 29 2024

BY: Stephanie Paningua, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS **247 W. Third Street**
MAILING ADDRESS
CITY AND ZIP CODE **San Bernardino, CA 92415**
BRANCH NAME **San Bernardino Civil Division - Unlimited Jurisdiction**

**Dept.: S-25**

Plaintiff/Petitioner: **MARIO ABERNATHY**
Defendant/Respondent: **GLENDA MARTI, et al**

| **REQUEST FOR** (Application) | [X] **Entry of Default** [ ] **Court Judgment** | [ ] **Clerk's Judgment** | CASE NUMBER **CIV SB 2325130** |
|---|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.). (see form CIV-105)**

1. TO THE CLERK: On the complaint or cross-complaint filed   **On Verified First Amended Complaint filed 01/25/24**
   a. on (date): 01/25/2024
   b. by (name): Mario Abernathy
   c. [X] Enter default of defendant (names)
      NICHOLAS JON MEDINA
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names)

   (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
          [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

|  | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ | $ | $ |
| b. Statement of damages* | | | |
| (1) Special | $ | $ | $ |
| (2) General | $ | $ | $ |
| c. Interest | $ | $ | $ |
| d. Costs (see reverse) | $ | $ | $ |
| e. Attorney fees | $ | $ | $ |
| f. TOTALS | $ | $ | $ |

   g. Daily damages were demanded in complaint at the rate of $ _____ per day beginning (date): _____
   (* Personal injury or wrongful death actions, Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case.) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: 02/29/2024

**Mario Abernathy, Plaintiff**
(TYPE OR PRINT NAME)

► _____ (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [X] Default entered as requested on (date) | FEB 29 2024 |
|---|---|---|
| | (2) [ ] Default NOT entered as requested (state reason) | |
| | Clerk, by | Stephanie Paningua, Deputy |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1 2023]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure §§ 585–587, 1169
www.courts.ca.gov

Page 1 of 5

CIV-100

| | |
|---|---|
| Plaintiff/Petitioner: MARIO ABERNATHY<br>Defendant/Respondent: GLENDA MARTI, et al. | CASE NUMBER<br>CIV SB 2325130 |

4.  **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant [ ] did [x] did not for compensation give advice or assistance with this form. If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

   a. Assistant's name:

   b. Street address, city, and zip code:

      c. Telephone no.:

      d. County of registration:

      e. Registration no.:

      f. Expires on (date):

5.  [x] **Declaration under Code Civ. Proc., § 585.5** (for entry of default under Code Civ. Proc., § 585(a)). This action

   a. [ ] is [x] is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

   b. [ ] is [x] is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

   c. [ ] is [x] is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6.  **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

   a. [ ] not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):

   b. [x] mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

     (1) Mailed on (date): 02/29/2024

          (2) To (specify names and addresses shown on the envelopes): Brian Mizeli, Resnick & Louis PC, Attorney for Defendant 800 N. Haven Ave., Suite 430 Ontario, CA 91764

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 02/29/2024

Kimberly Nguyen, 3rd Party Server
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

7.  **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

   a. Clerk's filing fees . . . . . . . . . . . . . . $
   b. Process server's fees . . . . . . . . . . . $
   c. Other (specify): . . . . . . . . . . . . . . . $
   d. . . . . . . . . . . . . . . . . . . . . . . . . . $
   e. TOTAL . . . . . . . . . . . . . . . . . . . . . $
   f. [x] Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date: 02/29/2024

Mario Abernathy, Plaintiff
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

**Exhibit D:**
DEFAULT ENTERED ON NEW PROP.
MGMT.

re. New Property Management LLC

original

| | | | CIV-100 |
|---|---|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY**    STATE BAR NO.

NAME: Mario Abernathy

FIRM NAME:

STREET ADDRESS: 2533 E Smiderle Loop

CITY: Ontario    STATE: CA    ZIP CODE: 91764

TELEPHONE NO: (408)442-8234    FAX NO:

E-MAIL ADDRESS: AbernathyOffice@gmail.com

ATTORNEY FOR (name): Plaintiff pro se

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

STREET ADDRESS: 247 W. Third Street

MAILING ADDRESS:

CITY AND ZIP CODE: San Bernardino, CA 92415

BRANCH NAME: San Bernardino Civil Division - Unlimited Jurisdiction

**Dept.: S-25**

FOR COURT USE ONLY

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

FEB 29 2024

BY _____
MARIAH MORA, DEPUTY

Plaintiff/Petitioner: MARIO ABERNATHY

Defendant/Respondent: GLENDA MARTI, et al

| **REQUEST FOR** (Application) | [x] **Entry of Default** [ ] **Court Judgment** | [ ] **Clerk's Judgment** | CASE NUMBER: CIV SB 2325130 |
|---|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.). (see form CIV-105)**

1. TO THE CLERK: On the complaint or cross-complaint filed    **On Verified First Amended Complaint filed 01/25/24**
   a. on (date): 01/25/2024
   b. by (name): Mario Abernathy
   c. [x] Enter default of defendant (names):
      NEW PROPERTY MANAGEMENT, LLC
   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

      (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169).
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

| | | Amount | Credits acknowledged | Balance |
|---|---|---|---|---|
| a. Demand of complaint | | $ | $ | $ |
| b. Statement of damages* | | | | |
|    (1) Special | | $ | $ | $ |
|    (2) General | | $ | $ | $ |
| c. Interest | | $ | $ | $ |
| d. Costs (see reverse) | | $ | $ | $ |
| e. Attorney fees | | $ | $ | $ |
| f. TOTALS | | $ | $ | $ |

   g. Daily damages were demanded in complaint at the rate of $_____ per day beginning (date):
   (* Personal injury or wrongful death actions, Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case.) Legal document assistant or unlawful detainer assistant information is on the reverse (complete item 4).

Date: 02/29/2024

Mario Abernathy, Plaintiff
(TYPE OR PRINT NAME)    ► _____ (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [x] Default entered as requested on (date): FEB 29 2024 | |
|---|---|---|
| | (2) [ ] Default NOT entered as requested (state reason): | |
| | Clerk, by _____ Mariah Mora | Deputy |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 (Rev. January 1, 2023)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 1 of 2

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

| | **CIV-100** |
|---|---|
| Plaintiff/Petitioner: MARIO ABERNATHY<br>Defendant/Respondent: GLENDA MARTI, et al. | CASE NUMBER<br>CIV SB 2325130 |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant [ ] did [x] did not  for compensation give advice or assistance with this form. If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state

   a. Assistant's name

   b. Street address, city, and zip code

   c. Telephone no

   d. County of registration:

   e. Registration no :

   f. Expires on *(date)*

5. [x] **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a)).* This action

   a. [ ] is [x] is not  on a contract or installment sale for goods or services subject to Civ Code, § 1801 et seq. (Unruh Act)

   b. [ ] is [x] is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

   c. [ ] is [x] is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

   a. [ ] not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

   b. [x] mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

   (1) Mailed on *(date)*: 02/29/2024

   (2) To *(specify names and addresses shown on the envelopes)*:
   Brian Mizell, Resnick & Louis PC , Attorney for Defendant
   800 N Haven Ave , Suite 430
   Ontario, CA 91764

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 02/29/2024

Kimberly Nguyen, 3rd Party Server
(TYPE OR PRINT NAME)

► K̶⎯⎯⎯
(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested)* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

   a. Clerk's filing fees ............................ $

   b. Process server's fees ........................ $

   c. Other *(specify)*: ............................ $

   d. .............................................. $

   e. TOTAL ........................................ $

   f. [x] Costs and disbursements are waived.

   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date: 02/29/2024

Mario Abernathy, Plaintiff
(TYPE OR PRINT NAME)

► ⎯⎯⎯
(SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

 Gmail

M. David Abernathy <abernathyoffice@gmail.com>

---

## In Lawsuit, Mario Abernathy v. Glenda Marti, et. al. - San Bernardino Superior Ct. Case #CIVSB 2325130. [Default Entered rendering Demurrer as Moot]

9 messages

---

**mario abernathy** <abernathyoffice@gmail.com>                Tue, May 14, 2024 at 8:30 PM
To: bmizell@rlattorneys.com, Vince Cascio <vcascio@gmail.com>, jasonj6699@yahoo.com, jason.gjrllc@gmail.com, infochino@empowerptwellness.com, craig@arrowtowing.org, michael@patrol-one.com, mike@patrol-one.com

**Attn.**: All Defendants and their Attorneys of Record
[**Brian Mizell, attorney** for Vineyard Park, Wendy, Nicholas and New Property Management, LLC]

re. **Mario Abernathy vs. Glenda Marti, et. al. Lawsuit
[Meet & Confer and Notice of Court hearing pending]**

Please **find the enclosed attachments:**

1. Court-stamped **Default entered** against Vineyard Park Maintenance Corporation on First Amended Complaint

2. Court-stamped **Default entered** against Wendy Medina

3. Court-stamped **Default entered** against New Property Management LLC

4. Court-stamped Default entered against Nicholas Medina

5. **Filed Proof of Service of Summons as to 13 more defendants,**
   including Glenda Marti, Jason Jang,
   The Sayo Family Defendants and others.
[Also, Defendants *OKJUNE A.*
*JEON and Vin Cascio were served,*
but I haven't filed the Proof of Service of Summons as to those defendants yet. ]

6. **File Stamped First Amended Complaint** in this action ["The Operative Complaint]

A trial setting conference / case management conference is set for
May 28, 2024 in Dept. S-25 at San Bernardino Courthouse.

First, the court has entered Defaults against Defendants
Wendy Medina, Vineyard Park Maintenance Corporation,
Nicholas Medina and New Property Management, LLC.

I noticed that after the defaults were entered,
Defendants Vineyard Park, Wendy Medina,

Nicholas Medina and New Property Managment, LLC,
through their lawyers from RL Attorneys Firm filed a Demurrer.

The demurrer to 1st Amended Complaint
filed on behalf of Vineyard Park, Wendy Medina, Nicholas Medina
and New Property Management LLC is moot [void], because you filed it after the
court  entered Default already.

You should probably file a Motion to set aside the default, and then file a
responsive pleading to the First Amended Complaint after default gets set aside.

You must file a Notice of Withdrawal of your Demurrer concurrently with your Motion to
Set aside Default, if you decide to file the motion.

Next, to all defendants who were served, but have not yet filed a responsive pleading:

You might want to file a responsive pleading before the expiration of the 30 days
from the date you were served.

Last, **I am open to settling this matter, if the defendants are interested in offering a
reasonable money settlement**
 per CCP § 998.

**\*\*\* The recently elected President for Vineyard Park
Maintenance Corporation <u>has power to sign</u>
<u>a CIV-90 Offer to Compromise [Settlement document]
as to the HOA.</u>**

Respectfully,

Mario Abernathy, Plaintiff
(408)442-8234

---

6 attachments

📄 **Default Entered on Vineyard Park, filed.pdf**
4148K

📄 **Default Entered on Wendy Medina, 02 29 2024.pdf**
4098K

📄 **Default Entered on Nicholas, filed.pdf**
3981K

📄 **Default Entered on New Property, filed.pdf**
4645K

📄 **POS-10s re 13 Defts & Certified Mail,COMPRESSED.pdf**
3816K

📄 **File stamped 1st Amended Complaint, Compressed file.pdf**
2803K

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF SAN BERNARDINO      )

I am over the age of 18 years and not a party to the within entitled action.

I am not a registered process server, but **no** fee was charged for service by mailing.

My mailing address is:
**P.O. Box 1590**
**Upland, CA 91785**
On **August 8, 2024 the document attached** hereto or provided herewith, **namely**:
  PLAINTIFF MARIO ABERNATHY'S EX PARTE APPLICATION FOR
  ORDER ENTERING A JUDGMENT BY DEFAULT AS A SEPARATE JUDGMENT
  AS TO DEFENDANTS WENDY Y. MEDINA, VINEYARD
  PARK MAINTENANCE CORPORATION, NICHOLAS JON MEDINA
  AND NEW PROPERTY MANAGEMENT LLC; MEMORANDUM
  OF POINTS, DECLARATION OF ABERNATHY; AND DECLARATION
  AS TO CERTIFICATION OF NOTICE
**as follows:**

  _XX_  Served Electronically
      **and**
**By X mail**

**ADDRESSES (Defendants):**
  1. **Brian Mizell, Attorney** [for Vineyard Park Maintenance Corporation,
  Wendy Y. Medina, New Property Management, Glenda Marti
  and some of the other defendants]
  Resnick & Louis PC 800 N. Haven Ave., #430
  Ontario, CA 91764      Email: BMizell@RLAttorneys.com
      and
  2. **Vin Cascio [named Defendant]**
  13242 Newhope Street
  Garden Grove, CA 92843

I certify or declare, under penalty of perjury under the laws of USA and California that the foregoing is true and correct.

Executed on **August 8, 2024  in Upland, California**

By x  _Kim Nguyen_ **/S/**  **Server:  Kim Nguyen**