UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ABERNATHY,<br><br>      Plaintiff,<br><br>v.<br><br>GLENDA MARTI et al.,<br><br>      Defendants. | Case No. 5:24-cv-01042-SB-SP<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

      Pro se Defendant Vin Cascio failed to appear as ordered at the August 9, 2024 mandatory scheduling conference and hearing on the Court's order to show cause why he (and the other parties) should not be sanctioned for their violations of the Court's orders. Defendant Cascio is therefore further ordered to show cause, in writing, no later than August 23, 2024, why he should not be subject to sanctions under Rule 16(f) of the Federal Rules of Civil Procedure for his failure to appear. Defendant Cascio is warned that failure to timely respond to this order to show cause may result in the imposition of sanctions including monetary sanctions.

Date: August 9, 2024

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge